# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2020

160287

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SCOTT ALLEN DALRYMPLE,
      Defendant-Appellant.

SC: 160287
COA: 349614
Montcalm CC: 2018-024130-FH

_____/

On order of the Court, the application for leave to appeal the July 9, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2020



p0115

Clerk